UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED IN OPEN COURT
ON 1-20-2011
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

No. 7:10-M-1185

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTIAN NEIL BROWN | ) | |

Leave of court is granted for the filing of the foregoing dismissal.

1-20-2011
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE